# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| RONALD MADDEN, *et al.*, | : | Case No. 1:20-cv-115 |
| Plaintiffs, | : | |
| vs. | : | Judge Timothy S. Black |
| | : | Magistrate Stephanie K. Bowman |
| SONDRA WALLS, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 21) AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on October 29, 2020, filed a Report and Recommendation. (Doc. 21). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, for the reasons stated above:

1. The Report and Recommendation (Doc. 21) is **ADOPTED**;

2. Defendants' motion to dismiss Plaintiffs' complaint for failure to state a claim (Doc. 7) is **GRANTED**;

3. All pending motions (Docs. 14, 17, 18, 20) are **DENIED** as **MOOT**; and

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** upon the docket of this Court.

**IT IS SO ORDERED.**

Date:   12/14/2020

*Timothy S. Black*
Timothy S. Black
United States District Judge